**Record/FILE ON DEMAND**

RECEIVED
USDC CLERK, COLUMBIA, SC
2025 AUG -6  AM 11: 09

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
COLUMBIA DIVISION

| | | |
|---|---|---|
| Nelson L. Bruce, | ) | |
| | ) | |
| Plaintiff, | ) | Case No.: 25-cv-04020-BHH-MGB |
| | ) | |
| v. | ) | **PROOF OF SERVICE OF SUMMONS** |
| | ) | **AND COMPLAINT SERVED ON** |
| THE UNITED STATES, et al. | ) | **DEFENDNAT** |
| | ) | |
| | ) | |
| Defendant(s) | ) | |

I Nelson L. Bruce HEREBY CERTIFY that a copy of the Summons and Complaint were served on the "Civil Process Clerk", "United States Attorney Office" who are accepting service for the United States et al. on June 25, 2025 via U.S.P.S. postal services, by certified mail restricted delivery signature required certified mail tracking **no. 7020 2450 0000 0108 2225** and served on the Attorney General of the United States, Department of Justice on June 30, 2025 via U.S.P.S. postal services, by certified mail restricted delivery signature required with a tracking **no. 7020 2450 0000 0108 2232**. Attached are the return receipts evidencing service and upon the referenced parties who have both signed accepting service (Exhibit 1).

**Dated this 2nd day of August, 2025.**

**RESPECTFULLY PRESENTED,**

*Nelson L. Bruce*

Nelson L. Bruce, Sui Juris
All Natural Secured Rights Explicitly Reserved and Retained "with prejudice"
c/o P.O. Box 3345, Summerville, South Carolina [29484]
Phone: 843-437-7901
Email: leonbruce81@yahoo.com