IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
COLUMBIA DIVISION

| | |
|---|---|
| Nelson L. Bruce, | ) Civil Action Number: 3:25-cv-04020-SAL-PJG |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) |
| | ) |
| The United States, et al. | ) |
| | ) |
| Defendants. | ) |

## DEFENDANT'S CERTIFICATION

Assistant United States Attorney Beth Drake, Counsel for the United States, certifies that she has read and is familiar with the Local Civil Rules for the District of South Carolina.

Further, I, AUSA Beth Drake, certify that I have received the order authorizing issuance and service of process in this case and have reviewed the Court's construction of the pleading.

              Respectfully submitted,

              BRYAN P. STIRLING
              UNITED STATES ATTORNEY

           By: *s/Beth Drake*
              Beth Drake (#5598)
              Assistant United States Attorney
              1441 Main Street, Suite 500
              Columbia, South Carolina  29201
              Phone:  (803) 929-3061
              Email:  Beth.Drake@usdoj.gov

August 26, 2025

## CERTIFICATE OF SERVICE

The undersigned Assistant United States Attorney hereby certifies that she has caused the attached **DEFENDANT'S CERTIFICATION** to be served by an employee of the Office of the United States Attorney for the District of South Carolina who is a person of such age and discretion as to be competent to serve papers.

Therefore, on August 26, 2025, a copy of the foregoing document will be filed via the Court's CM/ECF system and will be served by U.S. mail to the name and address listed below from the United States Attorney's Office, 1441 Main Street, Suite 500, Columbia, South Carolina 29201.

Nelson L. Bruce
144 Pavilion Street
Summerville, SC 29483

*s/Beth Drake*
BETH DRAKE (#5598)
Assistant United States Attorney