IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
COLUMBIA DIVISION

| | | |
|---|---|---|
| Nelson L. Bruce, | ) | Civil Action Number: 3:25-cv-04020-SAL-PJG |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| The United States, | ) | |
| | ) | |
| Defendants. | ) | |

### UNITED STATES' REPONSE TO PETITION FOR LEAVE TO FILE SURREPLY

On October 21, 2025, Plaintiff filed a Petition for Leave to File Surreply (Dkt. No.36) to Defendant's Reply in Support of Motion to Dismiss (Dkt. No. 34). In making his argument in support of the discretionary allowance from this Court to file his surreply, Plaintiff mistakenly casts arguments made by Defendant in its Response as "new legal arguments and factual assertions not previously addressed in its motion to dismiss or Plaintiff's opposition." Dkt. No. 36, p. 1. In fact, each of the three points raised by the United States in its Reply was addressed in its Motion to Dismiss, and/or is directly responsive to Plaintiff's arguments in his Response to the United States' Motion to Dismiss.

The United States made three arguments in its Reply, as summarized in the titles to those three arguments:

1. **The central cases cited by Plaintiff on the issue of immunity are either distinguishable or no longer good law. Dkt. 34, p. 1.**
2. **Contrary to his claim, Plaintiff must identify a non-frivolous underlying claim in order to succeed on an access to courts claim. Dkt. 34, p. 2.**
3. **Plaintiff misquotes the cases he cites for the proposition that emotional damages are available in simple tort in the absence of physical injury. Dkt. 34, p. 3.**

In his Response, Plaintiff again interchanged the role of a court reporter with the roll of a clerk of court, in making the argument that the Clerk of Court is not entitled to immunity. Dkt. 32, p. 2–3. The United States' argument 1, above, is in direct reply to Plaintiff's Response, and continues the central argument made by the United States in its Motion to Dismiss. Dkt. No. 23, pp. 3–5.

Likewise, the United States's second argument in reply disputing Plaintiff's assertion that he is not required to identify a non-frivolous underlying claim in support of his right to access the courts, is both a contention in the United States' Motion to Dismiss, and responsive to argument made by Plaintiff in his Response to the Motion to Dismiss. In its Motion to Dismiss, the United States stated, "Plaintiff's suit necessarily relies on the success on appeal of his allegations [in the underlying action]." Dkt. No. 23, p. 6. In his Response, Plaintiff argued that the merits of the underlying proceedings were not a proper issue for this Court to consider. Dkt. No. 32, p. 10. Thus, argument 2, above, is not new and is in direct reply to argument made by Plaintiff in his Response.

Also, in the third argument raised in its Reply, the United States merely points out that Plaintiff has misquoted cases cited in his Response on the issue of whether damages for emotional distress are compensable in the absence of related disease. Dkt. No. 34, p. 3. Further, the United States argued in its Motion to Dismiss that Plaintiff had failed to state a claim for emotional distress in the absence of any assertion of related disease. Dkt. No. 23, p.6. Here again, then, Plaintiff has mistakenly characterized the United States' argument in its Reply as "new," and not in proper reply to the arguments in his Response.

## CONCLUSION

While Plaintiff's argument that the United States has raised "new legal arguments and factual assertions" in its Reply is unfounded, the United States does not object to Plaintiff's Petition for Leave to File Surreply, and rests on the merits of its Motion to Dismiss and Reply.

3

                                  Respectfully submitted,

                                  BRYAN P. STIRLING
                                  UNITED STATES ATTORNEY

By:    *s/Beth Drake*
           Beth Drake (#5598)
           Assistant United States Attorney
           1441 Main Street, Suite 500
           Columbia, South Carolina   29201
           Phone:   (803) 929-3061
           Email:   Beth.Drake@usdoj.gov

November 19, 2025

## CERTIFICATE OF SERVICE

The undersigned Assistant United States Attorney hereby certifies that she has caused the attached **UNITED STATES' REPONSE TO PETITION FOR LEAVE TO FILE SURREPLY** to be served by an employee of the Office of the United States Attorney for the District of South Carolina who is a person of such age and discretion as to be competent to serve papers.

Therefore, on November 19, 2025, a copy of the foregoing document will be filed via the court's CM/ECF system and will be served by U.S. mail to the name and address listed below from the United States Attorney's Office, 1441 Main Street, Suite 500, Columbia, South Carolina 29201.

Nelson L. Bruce
P.O. Box 3345
Summerville, SC 29484

*s/Beth Drake*
BETH DRAKE (#5598)
Assistant United States Attorney