

**FLAT RATE ENVELOPE**
ONE RATE ■ ANY WEIGHT

To schedule free Package Pickup,
scan the QR code.



USPS.COM/PICKUP

**TRACKED ■ INSURED**



PS00001000014

EP14F October 2023
OD: 12 1/2 x 9 1/2



**VISIT US AT USPS.COM®**
ORDER FREE SUPPLIES ONLINE

For Domestic shipments, the maximum weight is 70 lbs. For international shipments, the maximum weight is 20 lbs.







**Click-N-Ship®**

usps.com  9405 5301 0935 5275 8447 40 0088 5001 0002 9201
$8.85
**P** US POSTAGE  U.S. POSTAGE PAID
                  Click-N-Ship®

01/23/2026
1 lb 0 oz    Mailed from 29484  5455808880879846

**PRIORITY MAIL®**

NELSON L BRUCE
PO BOX 3345
SUMMERVILLE SC 29484-3345

Created 2026-01-23
Flat Rate Envelope
RDC 03
C068

- Expected delivery date specified for domestic use.
- Domestic shipments include $100 of insurance (restrictions apply).*
- USPS Tracking® service included for domestic and many international destinations.
- Limited international insurance.**
- When used internationally, a customs declaration form is required.

*Insurance does not cover certain items. For details regarding claims exclusions see the Domestic Mail Manual at http://pe.usps.com.

** See International Mail Manual at http://pe.usps.com for availability and limitations of coverage.

UNITED STATES DISTRICT COURT
ATTENTION: CLERK OF COURT
901 RICHLAND ST
COLUMBIA SC 29201-2328

**USPS TRACKING #**



9405 5301 0935 5275 8447 40

**FLAT RATE ENVELOPE**
ONE RATE ■ ANY WEIGHT

To schedule free Package Pickup,
scan the QR code.



USPS.COM/PICKUP

**TRACKED ■ INSURED**


PS00001000014


PAPER POUCH

EP14F October 2023
OD: 12 1/2 x 9 1/2


