AO 450 (SCD 04/2010)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of South Carolina

| | |
|---|---|
| Nelson L. Bruce,<br>*Plaintiff*<br>v.<br>The United States,<br>*Defendant* | )<br>)<br>)  Civil Action No.   3:25-cv-4020-SAL<br>)<br>) |

**JUDGMENT IN A CIVIL ACTION**

The court has ordered that *(check one)*:

■ the plaintiff, Nelson L. Bruce, take nothing of the defendant, The United States, and this action is dismissed without prejudice.

This action was *(check one)*:

❐ tried by a jury, the Honorable _____ presiding, and the jury has rendered a verdict.

❐ tried by the Honorable _____ presiding, without a jury and the above decision was reached.

■ decided by the Court, the Honorable Sherri A. Lydon, US District Judge, presiding. The Court having adopted the Report and Recommendation of US Magistrate Judge Paige J. Gossett, granting the defendant's motion to dismiss.

Date:     February 9, 2026          *ROBIN L. BLUME, CLERK OF COURT*

                                             s/ Amanda D. Hilley
                                    _____
                                        *Signature of Clerk or Deputy Clerk*