IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
COLUMBIA DIVISION

| | |
|---|---|
| Nelson L. Bruce,<br><br>Plaintiff,<br><br>vs.<br><br>The United States, et al.<br><br>Defendants. | Civil Action Number: 3:25-cv-04020-SAL-PJG |

**CERTIFICATION OF COMPLIANCE WITH STANDING ORDER REGARDING REFERRALS TO UNITED STATES MAGISTRATE JUDGES**

Pursuant to the Court's June 12, 2026, Standing Order regarding referral to Magistrate Judges, Assistant United States Attorney Beth Drake, attorney for the United States of America, certifies that she has provided a copy of the Order to her clients in this matter. She and agency counsel have advised their clients that they may consent to disposition of this case by a United States Magistrate Judge so that an informed decision may be made regarding whether to proceed before a District Judge or consent to disposition by a Magistrate Judge for all proceedings, including trial and entry of final judgment.

Respectfully submitted,

BRYAN P. STIRLING
UNITED STATES ATTORNEY

By: *s/Beth Drake*
Beth Drake (#5598)
Assistant United States Attorney
1441 Main Street, Suite 500
Columbia, South Carolina 29201
Phone: (803) 929-3061
Email: Beth.Drake@usdoj.gov

September 9, 2026

**CERTIFICATE OF SERVICE**

The undersigned Assistant United States Attorney hereby certifies that she has caused the attached **CERTIFICATION OF COMPLIANCE WITH STANDING ORDER REGARDING REFERRALS TO UNITED STATES MAGISTRATE JUDGES** to be served by an employee of the Office of the United States Attorney for the District of South Carolina who is a person of such age and discretion as to be competent to serve papers.

Therefore, on September 9, 2026, a copy of the foregoing document will be filed via the Court's CM/ECF system and will be served by U.S. mail to the name and address listed below from the United States Attorney's Office, 1441 Main Street, Suite 500, Columbia, South Carolina 29201.

Nelson L. Bruce
P.O. Box 3345
Summerville, SC 29484

*s/Beth Drake*
BETH DRAKE (#5598)
Assistant United States Attorney